UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

MARCUS GARCIA et al
　　Plaintiff
　　v
YVETTE KANE, SUSAN E.
SCHWAB, MICHAEL A.
CONSIGLIO, PETER
SMITH,
　　Defendant(s)

Civil No. 1:18-CV-1804.
(To be provided by Clerk of Court)

Conner/Carlson

COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C § 1983

Attention Clerk of the Court, please note this is an official affidavit form, for the complaint for violation of United Nations Declaration of Human Rights to wit: 18 U.S.C § 1621 perjury, 18 U.S.C § 371 conspiracy to defraud, 18 U.S.C § 241 deprivation of rights, 18 U.S.C § 242 conspiracy against rights and my Fifth and Sixth Amendment of the Constitution of United States in regards to proceeding associated with case No. 1:12-cr-00310-YK.

1. Marcus Garcia, complainant depose, say, and declare that this statement is true, correct and complete to the best of my knowledge and beliefs.

Plaintiff states that the defendants violated his due process rights and failed to uphold the integrity and public trust of judicial proceedings. Because he was coerced to enter guilty plea and waived his right of Grand Jury because the parties failed to file affidavit criminal complaint to bring charges against plaintiffs violation of Federal Rule Criminal Procedure three (3), six (6) and Fifth

Amendment of the Constitution.

The parties deliberately violated Sixth Amendment speedy trial and deprived plaintiffs due process rights to gain unlawful conviction in violation of Constitution or laws of the United States treaties and the General Assembly Declaration of Human Rights by the United Nations.

Petitioner suffered false imprisonment, negligence, abuse of due process, intentional infliction of emotional distress, mental torture, involuntary servitude, and seeks immediate release forthwith and First Amendment rights with an additional One Million U.S. dollars a day per person.

I submit this complaint whilst I'm being held in isolation together with Human Rights Activist, Themba Bernard Sangenza and as my counsel who initiated civil claim for many prisoners faced this injustice.

Please Clerk of Court note, I'm not able to send copies to all parties because I am in isolation and not allowed to make copies.

Prepared By

Themba B. Sangenza

Respectfully Submitted

Marcus Garcia et al
Pro Se litigant

Date: ~~september~~ 9·5·18

INMATE NAME/NUMBER: MARCUS GARCIA #71097-067
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD  MED.
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
06 SEP 2018 PM 2 L



USMS X-RAY
SEP 05 2018

To: THE U.S DISTRICT COURT
OFFICE OF THE CLERK OF COURTS
228 WALNUT ST.
HARRISBURG, PA 17108

RECEIVED
HARRISBURG, PA
SEP 11 2018
PER _____
DEPUTY CLERK

"OFFICIAL LEGAL MAIL"

17108-258699

